IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**HOPE IVEY, Individually and on
Behalf of All Others Similarly Situated**

**PLAINTIFF**

vs.                                                                                           No. 5:21-cv-00367-TES

**ROYAL BP CORPORATION**

**DEFENDANT**

## PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION, FOR APPROVAL AND DISTRIBUTION OF NOTICE AND FOR DISCLOSURE OF CONTACT INFORMATION

Plaintiff Hope Ivey ("Plaintiff"), individually and on behalf of all others similarly situated, by and through her attorneys Josh Sanford and Lydia Hamlet of Sanford Law Firm, PLLC, and Matthew Herrington of Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC, for her Motion for Conditional Certification, for Approval and Distribution of Notice and for Disclosure of Contact Information, states and alleges as follows:

1.  This Motion is time-sensitive, as explained in the Brief, and Plaintiff requests expedited review.

2.  Plaintiff brought this suit on behalf of certain former and current hourly employees of Defendant Royal BP Corporation ("Defendant"), to recover overtime wages and other damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), among other claims.

3.  Plaintiff brings this action as a collective action pursuant to 29 U.S.C.

Page 1 of 5
Hope Ivey, et al. v. Royal BP Corporation
U.S.D.C. (M.D. Ga.) Case No. 5:21-cv-00367-TES
Motion for Conditional Certification, etc.

§ 216(b). Plaintiff asks this Court to conditionally certify the following collective:

**All Delivery Drivers who worked for
Royal BP Corporation since October 15, 2018.**

4. Plaintiff and the members of the collective are sufficiently similarly situated that conditional certification of the proposed collective is appropriate.

5. Attached as Exhibits 1 and 2, respectively, are the *Notice* and *Consent to Join* proposed by Plaintiff for distribution in this case. Attached as Exhibits 3 and 4, respectively, are the *Electronic Notice* and *Electronic Consent to Join* proposed by Plaintiff for electronic distribution in this case. The *Notices* and *Consents* make no comment on the merits of the case. The *Notices* are narrowly drawn to notify potential class members of the pending litigation, the composition of the class and their right to "opt in" to the litigation.

6. Plaintiff requests a period of ninety days to distribute the *Notice* and file *Consent* forms with this Court and requests this Court to enter an Order directing Defendant to produce the names, last known home and work addresses, phone numbers and email addresses of potential opt-in plaintiffs no later than seven days after the date of the entry of the Order granting this Motion.

7. Plaintiff requests that this Court permit her to provide the *Notice* to potential opt-in plaintiffs through U.S. Mail and email and that this Court permit Plaintiff to distribute a follow-up reminder notice via email or U.S. Mail.

8. Plaintiff incorporates her Brief in Support of this Motion, filed concurrently herewith.

9. In support of her Motion, Plaintiff incorporates the following exhibits:

Page 2 of 5
Hope Ivey, et al. v. Royal BP Corporation
U.S.D.C. (M.D. Ga.) Case No. 5:21-cv-00367-TES
Motion for Conditional Certification, etc.

      Ex. 1: Proposed Notice of Right to Join Lawsuit ("*Notice*");
      Ex. 2: Proposed Consent to Join ("*Consent to Join*");
      Ex. 3: Proposed Email Text ("*Email Text*");
      Ex. 4: Proposed Electronic Consent to Join ("*Electronic Consent to Join*");
      Ex. 5: Proposed Reminder Postcard ("*Postcard*");
      Ex. 6: Declaration of Josh Sanford;
      Ex. 7: Declaration of Hope Ivey and
      Ex. 8: Declaration of Patricia Hickox.

    WHEREFORE, premises considered, Plaintiff prays that the Court conditionally certify the proposed collective; that Defendant be ordered to provide the names and last known mailing addresses, cell phone numbers, and email addresses of all potential collective members no later than seven days after the date of the entry of the Order granting this Motion; for approval and sending of the attached *Notice* and *Consent to Join* forms to all collective members as set forth herein, including leave to send the reminder *Postcard* by U.S. Mail, beginning thirty days after the opt-in period begins, to potential plaintiffs who have not responded to the *Notice*; that the Court grant counsel a period of ninety days during which to distribute the *Notice* and to file opt-in plaintiffs' *Consent* forms with this Court; that the Court approve of Plaintiff's proposed language for electronic distribution of *Notice*; for expedited review of this Motion; for costs and a reasonable attorney's fee; and for all other relief to which Plaintiff may be entitled.

                                                          Respectfully submitted,

                                                         **HOPE IVEY, Individually**
                                                         **and on Behalf of All Others**
                                                         **Similarly Situated, PLAINTIFF**

                                                          SANFORD LAW FIRM, PLLC
                                                          Kirkpatrick Plaza
                                                          10800 Financial Centre Pkwy, Suite 510

Page 3 of 5
Hope Ivey, et al. v. Royal BP Corporation
U.S.D.C. (M.D. Ga.) Case No. 5:21-cv-00367-TES
Motion for Conditional Certification, etc.

>Little Rock, Arkansas 72211
>Telephone: (501) 221-0088
>Facsimile: (888) 787-2040
>
>*s/ Josh Sanford*
>Josh Sanford
>Ark. Bar No. 2001037
>josh@sanfordlawfirm.com
>
>Lydia H. Hamlet
>Ark. Bar No. 2011082
>lydia@sanfordlawfirm.com
>LEAD COUNSEL FOR PLAINTIFF
>
>*s/ Matthew W. Herrington*
>Matthew Herrington
>Georgia Bar No. 275411
>DELONG, CALDWELL, BRIDGERS,
>FITZPATRICK & BENJAMIN
>101 Marietta Street
>Suite 2650
>Atlanta, Georgia 30303
>Tel. (404) 979-3150
>matthew.herrington@dcbflegal.com
>LOCAL COUNSEL FOR PLAINTIFF

**Page 4 of 5**
**Hope Ivey, et al. v. Royal BP Corporation**
**U.S.D.C. (M.D. Ga.) Case No. 5:21-cv-00367-TES**
**Motion for Conditional Certification, etc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION FOR CONDITIONAL CERTIFICATION, FOR APPROVAL AND DISTRIBUTION OF NOTICE AND FOR DISCLOSURE OF CONTACT INFORMATION was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Matthew R. Simpson, Esq.
FISHER & PHILLIPS, LLP
1075 Peachtree Street NE
Suite 350
Tel. (404) 231-1400
Facsimile. (404) 240-4249
msimpson@fisherphillips.com

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

Page 5 of 5
Hope Ivey, et al. v. Royal BP Corporation
U.S.D.C. (M.D. Ga.) Case No. 5:21-cv-00367-TES
Motion for Conditional Certification, etc.