IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HOPE IVEY, individually and on behalf of all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | )  Civil Action No. 5:21-cv-00367-TES |
| **ROYAL BP CORPORATION,** | ) ) ) |
| **Defendant.** | ) |

**JOINT MOTION TO APPROVE STIPULATED FORM OF NOTICE
OF COLLECTIVE ACTION AND TO STAY PROCEEDINGS**

Plaintiff Hope Ivey ("Plaintiff") and Defendant Royal BP Corporation ("Defendant") (collectively the "Parties") respectfully request, as a means of facilitating potential settlement of the claims in this lawsuit, that the Court approve the Notice of Collective Action Lawsuit ("Notice"), Electronic Notice of Collective Action Lawsuit ("Electronic Notice"), and Consent to Join form ("Consent"), attached as <u>Exhibit A</u>, to be sent to current and former drivers employed by Defendant, and in support state as follows:

1. On October 15, 2021, Plaintiff filed her Collective Action Complaint ("Complaint") under the Fair Labor Standards Act ("FLSA") and proposed that the case proceed as a collective action under 29 U.S.C. § 216(b) on behalf of all drivers who were paid an hourly tipped rate while employed at Defendant. [ECF No. 1].

1

2. Following discussions after Plaintiff filed this lawsuit, as a means of facilitating potential settlement, the Parties have agreed and stipulated to the following:

a. Defendant consents to an Order conditionally certifying this case as a collective action under the FLSA and authorizing that the notice attached hereto as <u>Exhibit A</u> be sent to all current and former drivers employed by Defendant within three (3) years from June 13, 2022 (making the period June 13, 2019 to present). The Parties agree that Defendant's stipulation to conditional certification shall not be construed as an admission that liability exists for any period of time, including, but not limited to, the third year.

b. Notwithstanding this stipulation to conditional certification, the Parties acknowledge that, in the event the case does not settle, Plaintiff retains the burden, to the extent required by law, to move for and obtain final collective action certification and Defendant reserves the right to oppose that motion and/or file its own motion to decertify the collective action.

c. For purposes of sending notice only, and not to be used for any other purposes other than the mediation described below, Defendant agrees to produce to Plaintiff's counsel, within thirty (30) days following the Court's Order approving notice, a Microsoft Excel spreadsheet listing the names, last known addresses, date of birth (for address verification purposes), last known email addresses, employee ID numbers, dates of employment as a driver, for all drivers who

worked for Defendant within the period of June 13, 2019 to the present. Plaintiff shall have fourteen (14) days after receipt of the spreadsheet to send the notice.

        d.      The Parties agree that only one (1) copy of the Notice and Consent form shall be sent via U.S. Mail to all current and former drivers employed by the Defendant within three (3) years preceding the Court's Order approving notice, unless the notice is returned as undeliverable or a driver requests a second copy. In the event the notice is returned as undeliverable, the Parties agree that Plaintiff's counsel or a case management administrator, at Plaintiff's expense, will process the name of the driver through a Change of Address database and will re-send the notice to any new address identified through the database. In the event the notice is returned as undeliverable a second time, further attempts to deliver the notice may be made as agreed to by counsel.

        e.      The Parties also agree that the Notice and Consent forms shall be sent by electronic mail to all current and former drivers employed by the Defendant within three (3) years preceding the Court's Order approving notice.

        f.      The Parties respectfully request that the Court stay these proceedings while they attempt to reach a settlement. The Parties intend to engage Allen Blair as mediator. If settlement is not achieved, the Parties request the Court set a date for a case management conference seventy-five (75) days after the close of the opt-in period.

        g.      The opt-in period shall be sixty (60) days. Any consent to join form postmarked or received on or before sixty (60) days after initial notice was sent shall

be considered to have been returned during the opt-in period. If consent forms are received after the close of the notice period, the Parties agree to meet and confer regarding whether the consent form should be accepted as part of this case or if a new case asserting the same claims should be filed.

      h.      Defendant agrees to produce within thirty (30) days of the close of the opt-in period a Microsoft Excel spreadsheet including: hours worked, wages paid for hours worked (including rates for both inside and outside the store, if applicable), and delivery reimbursement data reflecting total recorded miles driven by each opt-in plaintiff and reimbursements paid to each opt-in plaintiff within the three-year period preceding the date each opt-in plaintiff's consent form is filed. The Parties agree that they will work cooperatively if there are difficulties in meeting this deadline and the pre-mediation exchange of information contemplated by this paragraph.

      i.      The parties shall mediate or engage in other good-faith negotiations within thirty (30) days of the Plaintiff's counsel's receipt of such data. The Parties agree to share equally the costs and fees of the mediator, who is to be selected by agreement of the Parties. The Parties agree that information provided pre-mediation will be exchanged for settlement purposes only.

      j.      Nothing contained in this Motion shall be construed as a factual or legal admission.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the stipulations contained herein and the notice of collective action attached hereto as Exhibit A.

**Dated** this, the 22nd day of June, 2022.

**JOINTLY SUBMITTED:**

**SANFORD LAW FIRM**

*/s/ Josh Sanford (by CL w/permission)*
Josh Sanford (AR Bar #2001037)
Lydia H. Hamlet (AR Bar #2011082)
*\*admitted pro hac vice*
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
Telephone: (501) 221-0088
Email: josh@sanfordlawfirm.com
          lydia@sanfordlawfirm.com

Matthew W. Herrington
Georgia Bar No. 275411
Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin
101 Marietta Street, Suite 2650
Atlanta, GA 30303
Telephone: (404) 979-3150
Email: matthew.herrington@dcbflegal.com

*Counsel for Plaintiff*

**FISHER & PHILLIPS LLP**

*/s/ Courtney Leyes*
Courtney Leyes (TN Bar #034012)
*\*admitted pro hac vice*
3310 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: (615) 488-2900
Email: cleyes@fisherphillips.com

Matthew R. Simpson
Georgia Bar No. 540260
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 231-1400
Email: msimpson@fisherphillips.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOPE IVEY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 5:21-cv-00367-TES ) |
| ROYAL BP CORPORATION, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Courtney Leyes, hereby certify that on this, the 22nd day of June, 2022, I electronically filed the foregoing ***Joint Motion to Approve Stipulated Form of Notice of Collective Action and to Stay Proceedings*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record:

Josh Sanford & Lydia H. Hamlet
SANFORD LAW FIRM
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
lydia@sanfordlawfirm.com

Matthew W. Herrington
DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, GA 30303
matthew.herrington@dcbflegal.com

        */s/ Courtney Leyes*
        Courtney Leyes
        TN Bar #034012 (*admitted PHV*)