IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HOPE IVEY, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

vs.  No. 5:21-cv-00367-TES

ROYAL BP CORPORATION  DEFENDANT

## ORDER APPROVING SETTLEMENT

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion for Approval of Settlement ("Joint Motion"). This Court has considered the Joint Motion, the pleadings, other filings in this matter, and the positions of counsel. This Court makes the following findings:

1. Plaintiffs allege that Defendant under-reimbursed their vehicle expenses, resulting in a violation of the minimum wage provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq.

2. Defendant denies that its vehicle reimbursement policy violates the FLSA.

3. A *bona fide* dispute therefore exists between the Parties as to liability and the amount of damages, if any, due to Plaintiffs.

4. The Parties are each represented before the Court by counsel and have agreed to a settlement and compromise of all claims between them.

5. Upon review, the Court finds that the Settlement Agreement attached to the Parties' Motion as Exhibit 1 is fair to both Parties and merits the approval of this Court.

6. The award of attorneys' fees and costs pursuant to the settlement is fair and reasonable.

7. The executed Settlement Agreement disposes of the dispute and all claims and causes of action between the Parties in this case.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion for Approval of Settlement is **GRANTED** and the settlement between them set forth in the Settlement Agreement is **APPROVED**.

**IT IS FURTHER ORDERED** that this matter is hereby DISMISSED with prejudice.

IT IS SO **ORDERED**, this 26 day of Jan., 2023.

Honorable Tilman E. Self, III
United States District Judge

2