IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOPE IVEY, Individually and on Behalf of All Others Similarly Situated, | * |
| | * |
| Plaintiffs, | Case No.  5:21-cv-367(TES) |
| v. | * |
| ROYAL BP CORPORATION, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of January, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk